BRYAN SCHWARTZ LAW
BRYAN J. SCHWARTZ (SBN 209903)
RACHEL M. TERP (SBN 290666)
DECAROL A. DAVIS (SBN 316849)
1330 Broadway, Suite 1630
Oakland, California 94612
Tel: (510) 444-9300
Fax: (510) 444-9301
Email: bryan@bryanschwartzlaw.com
       rachel@bryanschwartzlaw.com
       decarol@bryanschwartzlaw.com

*Attorneys for Plaintiffs and Proposed FLSA Collective and California Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Duque and Daniel Thibodeau, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>Bank of America, National Association, and DOES 1-50,<br><br>Defendant. | Case No.: 8:18-cv-01298-PA-MRW<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF AMENDED CLASS AND COLLECTIVE ACTION SETTLEMENT**<br><br>Date: December 10, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 9A<br>Hon. Percy Anderson |

NOTICE OF MOTION & MOTION TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that a hearing will be held on Plaintiffs' Unopposed Motion for Preliminary Approval of Amended Class and Collective Action Settlement on December 10, 2018 at 1:30 p.m. in the Courtroom of the Honorable United States District Court Judge Percy Anderson, located at Courtroom 9A, 350 W. 1st Street, Los Angeles, CA,. At the hearing, representative Plaintiffs Luis Duque and Daniel Thibodeau, through their attorneys and on behalf of all others similarly situated, will and hereby do move the Court to: preliminarily approve the $1,950,000 Settlement between the Plaintiffs and Defendant Bank of America, National Association; name Bryan Schwartz Law as Class Counsel and Messrs. Duque and Thibodeau as Class Representatives; name Rust Consulting as the Claims Administrator; authorize the mailing of notices to the California Class and Collective Action Members; and schedule a final approval hearing date.

The Motion is based upon the Unopposed Motion for Preliminary Approval of Amended Class And Collective Action Settlement and Memorandum of Points and Authorities in Support Thereof; the Declaration of Bryan J. Schwartz, Esq. ("Schwartz Decl."), in support of the motion, and the exhibits thereto, including the Amended Joint Stipulation For Settlement and Release of Class and Collective Action Claims and the Proposed Class and Collective Action Notices; the original Unopposed Motion for Preliminary Approval of Amended Class And Collective Action Settlement and Memorandum of Points and Authorities in Support Thereof (Dkt. #15) and all declarations and exhibits filed in support thereof (Dkt. #'s 15-1 through 15-5); any oral argument of counsel; the complete files, records, and pleadings in this matter; and such additional matters as the Court may consider. A Proposed Order is submitted herewith.

Dated: November 8, 2018					BRYAN SCHWARTZ LAW

							By: ___/s/ Bryan J. Schwartz___
							BRYAN J. SCHWARTZ
							RACHEL M. TERP
							DECAROL A. DAVIS
							*Attorneys for the Proposed FLSA*
							*Collective and California Class*

1

## MEMORANDUM OF POINTS AND AUTHORITIES

This is a wage-and-hour class and collective action against Defendant Bank of America, National Association ("BANA"), brought by Client Advocates, Senior Client Advocates, Operations Consultants, and Senior Operations Consultants ("Advocates") who BANA classified as exempt during the relevant period. Advocates process individual customer service inquiries from consumers, regulatory agencies, Attorneys General offices, non-profits, and other miscellaneous business channels. Plaintiffs seek preliminary approval of a proposed, amended $1,950,000 settlement of this matter (the "Amended Settlement") on behalf of approximately 321 employees who worked as Advocates nationwide. The Amended Joint Stipulation for Settlement and Release of Class and Collective Action Claims and the Proposed Class and Collective Notices are attached hereto as Exhibit A to the Schwartz Decl. (hereinafter "Exh. A").

This unopposed motion incorporates by reference all of the arguments and information submitted in support of preliminary approval of the original settlement agreement. (Dkt. #15). The Court denied the original approval motion because the first settlement agreement had a procedure permitting back-of-the-check FLSA opt-ins, which this Court rejected on October 12, 2018. (Dkt. #21). Accordingly, the Parties worked to revise the settlement agreement and notices to the class, to eliminate this rejected mechanism, fully-executing the Amended Settlement on November 5, 2018. Declaration of Bryan Schwartz, Esq., in Support of Amended Settlement, at 3a. Now, the settlement requires individuals to consent-to-join explicitly before any approval hearing – Plaintiffs will file each consent-to-join with the Court. Exh. A, ¶ 71; Schwartz Dec., at 3b. Moreover, the Parties are providing more notice to the potential collective members (90 days, instead of 60) and providing reminders to facilitate their ability to opt-in to the collective. Exh. A, ¶ 71; Schwartz Dec., at 3c. Otherwise, the terms of the settlement remain unchanged.

For the same reasons argued in Plaintiffs' comprehensive preliminary approval briefing (Dkt. #15) and supported by declarations filed along with it, the settlement is

extremely advantageous to the Advocates and provides them far better results than they might achieve absent the settlement, providing thousands of dollars on average, when most would not recover anything absent the settlement. Accordingly, the Court should approve the Amended Settlement, which addresses the particular opt-in mechanism rejected previously by this Court, and allow the Notices to issue promptly.

Dated: November 8, 2018      BRYAN SCHWARTZ LAW

By: */s/ Bryan J. Schwartz*
    BRYAN J. SCHWARTZ
    RACHEL M. TERP
    DECAROL A. DAVIS

*Attorneys for Plaintiffs and Proposed Collective and California Classes*