JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| LUIS DUQUE and DANIEL THIBODEAU, individually, on behalf of others similarly situated, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, and DOES 1-50,<br><br>Defendants. | SACV 18-1298 PA (MRWx)<br><br>JUDGMENT |
|---|---|

Pursuant to the amended settlement agreement ("Settlement Agreement") filed on November 8, 2018, between plaintiffs Luis Duque and Daniel Thibodeau ("Plaintiffs"), on behalf of themselves and the FLSA Collective and California Class and defendant Bank of America, National Association ("BANA"), the Court's December 10, 2018 Minute Order granting the Motion for Preliminary Approval, and the Court's May 13, 2019 Minute Order granting the Motion for Final Approval of Class Action Settlement and the Motion for Attorneys' Fees,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All terms herein shall have the same meaning as the terms defined in the Settlement Agreement, unless otherwise specifically provided herein;

2. The Court enters Judgment consistent with the December 10, 2018 and May 13, 2019 Minute Orders and the approved Settlement Agreement;

3. The claims of the Named Plaintiffs and the members of the California Class, FLSA Collective, or both who do not timely and properly exclude themselves from the terms

of the Settlement Agreement (by opting out, withdrawing written consent, or for FLSA Collective members never opting in) are dismissed with prejudice, with each party to bear his, her, or its own costs, except as set forth in the Settlement Agreement and the Court's May 13, 2019 Minute Order; and

    4.    This Court retains jurisdiction over the implementation of the Settlement Agreement and the distribution of funds pursuant to the Settlement Agreement.

DATED: May 13, 2019

                                      Percy Anderson
                            UNITED STATES DISTRICT JUDGE